**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Radisson Development Company, LLC** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **84-3998953** |

**4.   Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **8276-8280 Willett Parkway** <br> **Baldwinsville, NY 13027** <br> Number, Street, City, State & ZIP Code | <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Onondaga** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **N/A** |

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Radisson Development Company, LLC**                            Case number (*if known*) _____
   <sub>Name</sub>

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __5311__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor   **Radisson Development Company, LLC**                    Case number (*if known*) _____
         Name

List all cases. If more than 1,
attach a separate list

| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

---

**11.** **Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

### Statistical and administrative information

**13.** **Debtor's estimation of available funds**    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

☑ 1-49          ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99         ☐ 5001-10,000       ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000     ☐ More than100,000
☐ 200-999

---

**15.** **Estimated Assets**

☑ $0 - $50,000              ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

---

**16.** **Estimated liabilities**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☑ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

---

Debtor  **Radisson Development Company, LLC**                                    Case number (*if known*) _____
       Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 16, 2025**
            _____
            MM / DD / YYYY

**X /s/ Bryan Bowers**                                          **Bryan Bowers**
_____                          _____
Signature of authorized representative of debtor            Printed name

Title  **Managing Member**
       _____

**18. Signature of attorney**

**X /s/ Scott J. Bogucki**                              Date  **June 16, 2025**
_____                          _____
Signature of attorney for debtor                            MM / DD / YYYY

**Scott J. Bogucki**
_____
Printed name

**Gleichenhaus, Marchese & Weishaar, P.C.**
_____
Firm name

**930 Convention Tower
43 Court Street
Buffalo, NY 14202**
_____
Number, Street, City, State & ZIP Code

Contact phone  **(716) 845-6446**          Email address  _____

**4747366 NY**
_____
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Radisson Development Company, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AC 37 LLC 1209 Orange Street Wilmington, DE 19801** | | **Business debt** | **Contingent Disputed** | $1,042,023.00 | $0.00 | $1,042,023.00 |
| **Apple Roofing Corporation 124 Pickard Drive East Syracuse, NY 13211** | | **Business debt** | | | | $3,222,023.00 |
| **Asbestos & Environmental Consulting Corp 6308 Fly Road E. Syracuse, NY 13057** | | **Business debt** | | | | $6,232,022.00 |
| **Bowers Development, LLC 6308 Fly Road E. Syracuse, NY 13057** | | **Business debt** | | | | $6,232,022.00 |
| **Holland Property Management 37 Dieskay Street Lake George, NY 12845** | | **Business debt** | | $512,023.00 | $0.00 | $512,023.00 |
| **M&S Fire Protection, LLC 6798 Fly Road E. Syracuse, NY 13057** | | **Business debt** | | | | $6,232,022.00 |
| **Mauro Site Development, Inc. 7009 Lehman Street Clay, NY 13041** | | **Business debt** | | | | $982,022.00 |
| **National Grid 40 Sylvan Road North Waltham, MA O2451** | | **Business debt** | | | | $6,232,022.00 |

| Debtor | **Radisson Development Company, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **National Grid 40 Sylvan Road North Waltham, MA O2451** | | **Business debt** | | | | **$6,232,022.00** |
| **National Grid 40 Sylvan Road North Waltham, MA O2451** | | **Business debt** | | | | **$6,232,022.00** |
| **Onondaga County Water Authority P.O. Box 4949 Syracuse, NY 13221** | | **Business debt** | | **$6,232,022.00** | **$0.00** | **$6,232,022.00** |
| **Onondaga County Water Authority P.O. Box 4949 Syracuse, NY 13221** | | **Business debt** | | **$6,232,022.00** | **$0.00** | **$6,232,022.00** |
| **Onondaga County Water Authority P.O. Box 4949 Syracuse, NY 13221** | | **Business debt** | | **$6,232,022.00** | **$0.00** | **$6,232,022.00** |
| **Sunstream Corporation 6 Spring Forest Avenue Binghamton, NY 13905** | | **Business debt** | | | | **$472,023.00** |
| **Truax & Hovey, LTD 4433 Buckley Road W Liverpool, NY 13089** | | **Business debt** | | | | **$10,192,023.00** |
| **View-Tech, Inc. 500 Plum Street Syracuse, NY 13204** | | **Business debt** | | | | **$4,102,023.00** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Radisson Development Company, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property      **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 AC 37 LLC**<br>Creditor's Name<br><br>**1209 Orange Street**<br>**Wilmington, DE 19801**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**10/4/2023**<br>**Last 4 digits of account number**<br>**NA**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Business debt**<br>_____<br>Describe the lien<br>_____<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | $1,042,023.00 | $0.00 |
| **2.2 Holland Property Management**<br>Creditor's Name<br><br>**37 Dieskay Street**<br>**Lake George, NY 12845**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**5/1/2023**<br>**Last 4 digits of account number**<br>**NA**<br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**Business debt**<br>_____<br>Describe the lien<br>_____<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | $512,023.00 | $0.00 |

Debtor    **Radisson Development Company, LLC**                          Case number (if known) _____
          Name

<table>
<tr><td>■ No</td><td>☐ Contingent</td></tr>
<tr><td>☐ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority.</td><td>☐ Unliquidated<br>☐ Disputed</td></tr>
</table>

---

| 2.3 | **Onondaga County Water Authority**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Business debt** | **$6,232,022.00** | **$0.00** |
|---|---|---|---|---|

**P.O. Box 4949**
**Syracuse, NY 13221**
Creditor's mailing address

**Describe the lien**

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/23/2022**
**Last 4 digits of account number**
**8336**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Onondaga County Water Authority**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Business debt** | **$6,232,022.00** | **$0.00** |
|---|---|---|---|---|

**P.O. Box 4949**
**Syracuse, NY 13221**
Creditor's mailing address

**Describe the lien**

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/23/2022**
**Last 4 digits of account number**
**8335**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Onondaga County Water Authority**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Business debt** | **$6,232,022.00** | **$0.00** |
|---|---|---|---|---|

**P.O. Box 4949**
**Syracuse, NY 13221**
Creditor's mailing address

**Describe the lien**

Debtor  **Radisson Development Company, LLC**
<br>Name

Case number (if known) _____

---

_____
Creditor's email address, if known

**Date debt was incurred**
<br>**6/23/2022**

**Last 4 digits of account number**
<br>**8337**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
<br>Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

| $20,250,112.00 |
| --- |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

**Fill in this information to identify the case:**

Debtor name    **Radisson Development Company, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:     List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**Apple Roofing Corporation**<br>**124 Pickard Drive East**<br>**Syracuse, NY 13211**<br><br>Date(s) debt was incurred  3/22/2023<br>Last 4 digits of account number  **NA** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$3,222,023.00** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Asbestos & Environmental Consulting Corp**<br>**6308 Fly Road**<br>**E. Syracuse, NY 13057**<br><br>Date(s) debt was incurred  6/23/2022<br>Last 4 digits of account number  **NA** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$6,232,022.00** |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Bowers Development, LLC**<br>**6308 Fly Road**<br>**E. Syracuse, NY 13057**<br><br>Date(s) debt was incurred  6/23/2022<br>Last 4 digits of account number  **NA** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$6,232,022.00** |
| 3.4 | Nonpriority creditor's name and mailing address<br>**M&S Fire Protection, LLC**<br>**6798 Fly Road**<br>**E. Syracuse, NY 13057**<br><br>Date(s) debt was incurred  6/23/2022<br>Last 4 digits of account number  **NA** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$6,232,022.00** |

| Debtor | **Radisson Development Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$982,022.00** |
|---|---|---|---|

**Mauro Site Development, Inc.**
**7009 Lehman Street**
**Clay, NY 13041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/8/2022**

Last 4 digits of account number **NA**

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,232,022.00** |
|---|---|---|---|

**National Grid**
**40 Sylvan Road North**
**Waltham, MA O2451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/23/2022**

Last 4 digits of account number **9126**

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,232,022.00** |
|---|---|---|---|

**National Grid**
**40 Sylvan Road North**
**Waltham, MA O2451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/23/2022**

Last 4 digits of account number **1127**

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,232,022.00** |
|---|---|---|---|

**National Grid**
**40 Sylvan Road North**
**Waltham, MA O2451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/23/2022**

Last 4 digits of account number **2122**

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$472,023.00** |
|---|---|---|---|

**Sunstream Corporation**
**6 Spring Forest Avenue**
**Binghamton, NY 13905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/7/2023**

Last 4 digits of account number **NA**

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,192,023.00** |
|---|---|---|---|

**Truax & Hovey, LTD**
**4433 Buckley Road W**
**Liverpool, NY 13089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/19/2023**

Last 4 digits of account number **NA**

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,102,023.00** |
|---|---|---|---|

**View-Tech, Inc.**
**500 Plum Street**
**Syracuse, NY 13204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/10/2023**

Last 4 digits of account number **NA**

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor   **Radisson Development Company, LLC**                                     Case number (if known) _____
         Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
|  |  |  |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 56,362,246.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 56,362,246.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re   **Radisson Development Company, LLC**                                    ,

                                    Debtor                    Case No.

                                                             Chapter   **11**

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
**84-3998953**

## CERTIFICATION OF MAILING MATRIX

I,(we),  **Scott J. Bogucki**  , the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or

petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been

compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the

schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.

Dated:   **June 16, 2025**

                                                    **/s/ Scott J. Bogucki**
                                                    **Scott J. Bogucki**
                                                    Attorney for Debtor/Petitioner
                                                    (Debtor(s)/Petitioner(s))

F:LR1007 (10/19/99)

AC 37 LLC
1209 Orange Street
Wilmington, DE 19801


Apple Roofing Corporation
124 Pickard Drive East
Syracuse, NY 13211


Asbestos & Environmental Consulting Corp
6308 Fly Road
E. Syracuse, NY 13057


Bowers Development, LLC
6308 Fly Road
E. Syracuse, NY 13057


Holland Property Management
37 Dieskay Street
Lake George, NY 12845


M&S Fire Protection, LLC
6798 Fly Road
E. Syracuse, NY 13057


Mauro Site Development, Inc.
7009 Lehman Street
Clay, NY 13041


National Grid
40 Sylvan Road North
Waltham, MA 02451


National Grid
40 Sylvan Road North
Waltham, MA 02451


National Grid
40 Sylvan Road North
Waltham, MA 02451


Onondaga County Water Authority
P.O. Box 4949
Syracuse, NY 13221

```
Onondaga County Water Authority
P.O. Box 4949
Syracuse, NY 13221


Onondaga County Water Authority
P.O. Box 4949
Syracuse, NY 13221


Sunstream Corporation
6 Spring Forest Avenue
Binghamton, NY 13905


Truax & Hovey, LTD
4433 Buckley Road W
Liverpool, NY 13089


View-Tech, Inc.
500 Plum Street
Syracuse, NY 13204
```

# United States Bankruptcy Court
## Northern District of New York

In re    **Radisson Development Company, LLC**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Radisson Development Company, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 16, 2025**

Date

**/s/ Scott J. Bogucki**

**Scott J. Bogucki**

Signature of Attorney or Litigant

Counsel for    **Radisson Development Company, LLC**

**Gleichenhaus, Marchese & Weishaar, P.C.**

**930 Convention Tower**
**43 Court Street**
**Buffalo, NY 14202**
**(716) 845-6446 Fax:(716) 845-6475**